# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00279-CV

**Lucius Lydick, Appellant**

**v.**

**Rebecca Herrera, Appellee**

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 25-0015-PO425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

# O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Lucius Lydick has filed an unopposed motion to compel the court reporter to deliver the reporter's records for hearings on November 25 and December 12. Lydick maintains that he is entitled to records of these supplemental hearings without paying the court reporter's fee and has not paid the fee for these records. The records have not been filed with this Court. *See* Tex. R. App. P. 35.3(b)(3).

We abate this appeal and remand for the trial court to make findings of fact and conclusions of law underlying Lydick's request, which he appears to have made for the first time in this Court. The trial court clerk shall file a supplemental clerk's record containing those findings and conclusions within thirty days from the date of this order. If the supplemental clerk's record

containing those findings is not provided to this Court by that date, we order the parties to file a status report on that date instead.

It is so ordered on February 6, 2026.


Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:   February 6, 2026